NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CA 03-465

JERRY HARRIS

VERSUS

ALEXANDRIA MUNICIPAL FIRE AND POLICE CIVIL SERVICE
BOARD

**********

APPEAL FROM THE
NINTH JUDICIAL DISTRICT COURT
PARISH OF RAPIDES, NO. 207,106
HONORABLE GEORGE CLARENCE METOYER, JR., DISTRICT JUDGE

**********

BILLY HOWARD EZELL
JUDGE

**********

Court composed of Ulysses Gene Thibodeaux, Sylvia R. Cooks, and Billy Howard
Ezell, Judges.

AFFIRMED.

John Patrick Doggett
Provosty, Sadler, & DeLaunay
P.O. Drawer 1791
Alexandria, LA 71309-1791
(318) 445-3631
Counsel for: Third-Party/Appellee
City of Alexandria

**Brian D. Cespiva**
**Gravel, Cespiva, & Wilkerson**
**P. O. Box 1792**
**Alexandria, LA 71309-1792**
**(318) 487-4501**
**Counsel for: Defendant/Appellee**
**Alexandria Municipal Fire & Police Board**

**Terry George Aubin**
**Attorney at Law**
**3600 Jackson St., Suite 131**
**Alexandria, LA 71303**
**(318) 561-7000**
**Counsel for: Plaintiff/Appellant**
**Jerry Harris**